Priority / Send ✓ / Enter / Closed / JS-5/JS-6 / JS-2/JS-3 / Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 05-02580-RSWL (JTL) | Date | September 14, 2006 |
|---|---|---|---|

**Title:** SANYO ELECTRIC CO. V. MEDIATEK INC.

---

**Present: The Honorable** Jennifer T. Lum

| Debra Plato / Veronica McKamie | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

NONE    NONE

**Proceedings:** (IN CHAMBERS) PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH THE COURT'S RULING ON PRODUCTION OF PRIVILEGED MATERIALS, AND TO COMPEL PRODUCTION OF NEWLY IDENTIFIED OPINIONS-OF-COUNSEL

The Court is in receipt of the Plaintiff's Motion to Compel Compliance with the Court's Ruling on Production of Privileged Materials, and to Compel Production of Newly Identified Opinions of Counsel filed September 12, 2006 by plaintiff Sanyo Electric Co., Ltd. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing scheduled for October 3, 2006 is vacated and the matter is taken off the calendar. The parties are reminded that their supplemental briefs are due no later than September 19, 2006. Thereafter, the matter will be taken under submission, and the clerk will notify the parties when the Court has reached a decision.

cc: Parties

Initials of Preparer   VMc for DP